THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. CORYELL, Appellant, v. WALTER J. FLOOD, as Warden of the Nassau County Jail, Respondent.—

Hopkins, Acting P. J., Munder, Martuscello, Latham and Shapiro, JJ., concur.